IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-665-RJC-DCK

| | |
|---|---|
| STATE OF NORTH CAROLINA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE 3M COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Joel R. Rhine, concerning Fabio C. Dworschak, on January 4, 2022. Fabio C. Dworschak seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Fabio C. Dworschak is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 4, 2022

David C. Keesler
United States Magistrate Judge